# United States District Court

Maximo Herrera Ibarra 45559004
Plaintiff's name and ID Number

FCC Beaumont low
Place of Confinement

05 1520

CASE NO. _____
(Clerk will assign the number)

v.

950 Pennsylvania Ave.
Washinton, D.C. 20530

Alberto Gonzales
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

**FILED**

JUL 29 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Maximo Herrera Ibarra, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment         Yes☐ No☐
   b. Rent payments, interest or dividends?                Yes☐ No☐
   c. Pensions, annuities or life insurance payments?      Yes☐ No☐
   d. Gifts or inheritances?                               Yes☐ No☐
   e. Family or friends?                                   Yes☒ No☐
   f. Any other sources?                                   Yes☐ No☐

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   From friend 150.00 and From National Deposits of
   Last 6 months: 253.37

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                        Yes☐        No☒
   If you answered YES, state the total value of the items owned.

   _____

RECEIVED
JUL 25 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property,

2

excluding ordinary household furnishings and clothing?

                Yes ☐        No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __21__ day of __July__ __2005__

__Ibarra, Maximo H  45559004__
Signature of Plaintiff      ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6.97