| | |
|---|---|
| UNITED STAT[ES]<br>DISTRIC[T] | CASE NUMBER 1:05CV01520<br>JUDGE: Unassigned |
| MAXIMO IBARRA, on behalf<br>of himself and all others<br>similarly situated,<br>    Plaintiffs, | DECK TYPE: Pro se General Civil<br>DATE STAMP: 07/29/2005 |

MAXIMO IBARRA, on behalf of himself and all others similarly situated,
    Plaintiffs,

v                               § Case No.
                                §
Alberto Gonzales, et al.        §
            Defendants.         §

**FILED**
JUL 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REQUEST FOR PROCESS OF SERVICE TO BE EFFECTED BY UNITED STATES MARSHALL

COMES NOW Maximo Ibarra, plaintiff pro se hereby moves this Honorable Court to direct service be effected by the United States Marshal's Service pursuant to Rule 4(c)2) of the Federal Rules of Civil Procedure. For the process of service plaintiff provides the following information known to him:

1. Plaintiff is a poor person without funds to proceed and has requested the court grant him forma pauperis status.

2. Plaintiff makes this request in good faith and for the purpose of obtaining legal remedies for unlawful unconstitutional actions committed against him and other similarly situated inmates of the Bureau of Prison.

3. Defendant Alberto Gonzales is the U.S. Attorney General. His business address is 950 Pennsylvania Ave., N.W., Washington, D.C. 20530.

4. Defendant Harley Lappin is the BOP Director. His business address is 320 First St., N.W., Washington, D.C. 20534.

3

5. Defendant Harrell Watts is the BOP national appeal administrator, his business address is 320 First St. N.W., Washington, D.C. 20534.

WHEREFORE premises considered herein, plaintiff prays that this honorable court grant his request and direct the United States Marshal's service to effect service on the herein listed defendants.

Date: 7/21/05

Respectfully submitted,

Maximo Ibarra
Reg. No.45559-004
P.O. Box 26020
Beaumont, TX 77720-6020

## VERIFICATION

I, Maximo Ibarra bereby certify under penalty of perjury that I have read the above statements and that they are true and correct to the best of my knowledge. 28 USC §1746.

Executed on this the 21 day of July, 2005.

Maximo Ibarra