## All Transactions

 PRINT

| Inmate Reg #: | 45559004 | Current Institution: | Beaumont FCC |
| Inmate Name: | IBARRA, MAXIMO | Housing Unit: | SA |
| Report Date: | 08/08/2005 | Living Quarters: | S04-059U |
| Report Time: | 8:14:07 AM | | |

05-1520 UNA

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 8/6/2005 5:32:28 PM | AMService | ITS Withdrawal | ($15.00) | ITS0806 | | $136.41 |
| 8/2/2005 8:28:15 AM | BMA2007 | Payroll - IPP | $17.64 | JV0077 | | $151.41 |
| 7/20/2005 6:57:28 AM | BMA3003 | Sales | ($16.30) | 25 | | $133.77 |
| 7/19/2005 2:48:38 PM | BMA4004 | SPO | ($124.45) | 1305 | | |
| 7/6/2005 9:48:53 PM | AMService | ITS Withdrawal | ($22.00) | ITS0706 | | $150.07 |
| 7/6/2005 5:40:56 AM | AMSERVICE | Lockbox - CD | $150.00 | 70136201 | | $172.07 |
| 7/5/2005 8:42:42 AM | BMA2009 | Payroll - IPP | $17.64 | JV0075 | | $22.07 |
| 6/4/2005 6:17:42 PM | AMService | ITS Withdrawal | ($15.00) | ITS0604 | | $4.43 |
| 6/2/2005 8:21:01 AM | BMA2008 | Payroll - IPP | $18.48 | JV0067 | | $19.43 |
| 5/7/2005 6:37:24 PM | AMService | ITS Withdrawal | ($16.00) | ITS0507 | | $0.95 |
| 5/3/2005 8:35:29 AM | BMA2009 | Payroll - IPP | $15.96 | JV0054 | | $16.95 |
| 4/9/2005 8:07:59 PM | AMService | ITS Withdrawal | ($15.00) | ITS0409 | | $0.99 |
| 4/4/2005 8:26:47 AM | BMA2008 | Payroll - IPP | $15.96 | JV0046 | | $15.99 |
| 3/5/2005 7:52:08 PM | AMService | ITS Withdrawal | ($22.00) | ITS0305 | | $0.03 |
| 3/2/2005 8:26:55 AM | BMA2009 | Payroll - IPP | $18.48 | JV0036 | | $22.03 |
| 2/5/2005 7:34:42 PM | AMService | ITS Withdrawal | ($20.00) | ITS0205 | | $3.55 |
| 2/2/2005 8:36:44 AM | BMA2008 | Payroll - IPP | $16.80 | JV0030 | | $23.55 |
| 2/1/2005 7:39:02 AM | BMA3012 | Sales | ($15.10) | 53 | | $6.75 |
| 1/26/2005 7:00:32 AM | BMA3012 | Sales | ($13.15) | 36 | | $21.85 |
| 1/19/2005 11:24:52 PM | AMService | ITS Withdrawal | ($15.00) | ITS0119 | | $35.00 |
| 1/15/2005 9:00:54 PM | AMService | ITS Withdrawal | ($19.00) | ITS0115 | | $50.00 |
| 1/12/2005 7:14:00 AM | BMA3008 | Sales | ($23.40) | 44 | | $69.00 |
| 1/10/2005 7:59:36 PM | AMSERVICE | Lockbox - CD | $50.00 | 70123903 | | $92.40 |
| 1/8/2005 6:38:58 PM | AMService | ITS Withdrawal | ($15.00) | ITS0108 | | $42.40 |
| 1/4/2005 7:01:48 AM | BMA2008 | Payroll - IPP | $15.96 | JV0019 | | $57.40 |
| 12/30/2004 9:12:41 PM | AMService | ITS Withdrawal | ($1.00) | ITS1230 | | $41.44 |
| 12/15/2004 7:08:22 AM | BMA3003 | Sales | ($23.55) | 32 | | $42.44 |
| 12/4/2004 7:00:06 PM | AMService | ITS Withdrawal | ($15.00) | ITS1204 | | $65.99 |
| 12/2/2004 8:04:09 PM | AMService | ITS Withdrawal | ($18.00) | ITS1202 | | $80.99 |
| 12/2/2004 7:27:51 AM | BMA2008 | Payroll - IPP | $18.48 | JV0008 | | $98.99 |
| 11/27/2004 5:07:22 AM | AMSERVICE | Lockbox - CD | $80.00 | 70120905 | | $80.51 |
| 11/14/2004 4:23:36 PM | AMService | ITS Withdrawal | ($3.00) | ITS1114 | | $0.51 |
| 11/2/2004 6:06:48 PM | AMService | ITS Withdrawal | ($15.00) | ITS1102 | | $3.51 |
| 11/2/2004 7:22:20 AM | BMA2008 | Payroll - IPP | $17.64 | JV0006 | | $18.51 |
| 10/10/2004 9:44:23 PM | AMService | ITS Withdrawal | ($16.00) | ITS1010 | | $0.87 |
| 10/4/2004 7:10:01 AM | BMA2010 | Payroll - IPP | $16.80 | JV0001 | | $16.87 |

1

# FILED

## AUG 1 1 2005

### CLERK, U.S. DISTRICT COURT
### DISTRICT OF COLUMBIA

Sharon Baird
08/08/05

## Inmate Inquiry

🖶 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 45559004 | Current Institution: | Beaumont FCC |
| Inmate Name: | IBARRA, MAXIMO | Housing Unit: | SA |
| Report Date: | 08/08/2005 | Living Quarters: | S04-059U |
| Report Time: | 8:13:50 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1571 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 8/6/2005 5:32:28 PM |
| Account Status: | Active |
| ITS Balance: | $7.18 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $136.41 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $124.45 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $11.96 |
| National 6 Months Deposits: | $254.16 |
| National 6 Months Withdrawals: | $121.30 |
| National 6 Months Avg Daily Balance: | $29.05 |
| Local Max. Balance - Prev. 30 Days: | $151.41 |
| Average Balance - Prev. 30 Days: | $142.01 |

# Commissary History

## Purchases

Validation Period Purchases: $0.00
YTD Purchases: $91.50
Last Sales Date: 7/20/2005 6:57:28 AM

## SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

## Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

# Commissary Restrictions

## Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

## Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

# Comments

## Comments: