UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAXIMO HERRERA IBARRA        )
                             )
                             )
V.                           )   CASE N° 05-1520 *UNA*
                             )
                             )
                             )
ALBERTO GONZALEZ             )
                             )

CHANGE OF ADDRESS NOTIFICATION

---

**COMES NOW,** the Defendant Mr. Maximo Herrera Ibarra, notify the Clerk of his new address, and advise teh Clerk to change to:

> MAXIMO HERRERA IBARRA
> Reg. # 45559-004 MA
> McRAE CORRECTIONAL FACILITY
> 1000 A JIM HAMMOCK DR
> McRAE, GA 31055

Therefore, the Clerk is hereby notified that my address should be change to the one above.

DATE: 2-14-06

_Ibarra, Maximo H._
MAXIMO HERRERA IBARRA