```
BOPOI              *         PUBLIC INFORMATION              *      04-28-2006
PAGE 001           *             INMATE DATA                 *      15:34:12
                               AS OF 04-28-2006

REGNO..: 45559-004 NAME: IBARRA, MAXIMO HERRERA
                   RESP OF: MCA / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 229-868-7778    FAX: 229-868-7640
                                            RACE/SEX...: WHITE / MALE
FBI NUMBER.: 471934RA4                      DOB/AGE....: 08-28-1968 / 37
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 02-02-2009                     PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY --------------------------
 FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
 MCA    A-DES       DESIGNATED, AT ASSIGNED FACIL  02-07-2006 2100 CURRENT
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  02-07-2006 2100 02-07-2006 2100
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-07-2006 1215 02-07-2006 2100
 OKL    HLD REMOVE  HOLDOVER REMOVED               02-07-2006 1115 02-07-2006 1115
 OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF  12-20-2005 1646 02-07-2006 1115
 B17    RELEASE     RELEASED FROM IN-TRANSIT FACL  12-20-2005 1746 12-20-2005 1746
 B17    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-20-2005 0805 12-20-2005 1746
 BML    TRANSFER    TRANSFER                       12-20-2005 0705 12-20-2005 0705
 BML    A-DES       DESIGNATED, AT ASSIGNED FACIL  11-25-1996 1731 12-20-2005 0705
 S03    RELEASE     RELEASED FROM IN-TRANSIT FACL  11-25-1996 1831 11-25-1996 1831
 S03    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-25-1996 0845 11-25-1996 1831
 TRV    TRANSFER    TRANSFER                       11-25-1996 0745 11-25-1996 0745
 TRV    A-DES       DESIGNATED, AT ASSIGNED FACIL  10-27-1992 1650 11-25-1996 0745
 B04    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-27-1992 1750 10-27-1992 1750
 B04    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-27-1992 0620 10-27-1992 1750
 ERE    HLD REMOVE  HOLDOVER REMOVED               10-27-1992 0520 10-27-1992 0520
 ERE    A-HLD       HOLDOVER, TEMPORARILY HOUSED   10-20-1992 1830 10-27-1992 0520
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-20-1992 1930 10-20-1992 1930
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-20-1992 1105 10-20-1992 1930
 ATL    HLD REMOVE  HOLDOVER REMOVED               10-20-1992 1105 10-20-1992 1105
 ATL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   10-15-1992 1324 10-20-1992 1105
 4-W    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-15-1992 1324 10-15-1992 1324
 4-W    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-15-1992 0549 10-15-1992 1324
 TAL    HLD REMOVE  HOLDOVER REMOVED               10-15-1992 0549 10-15-1992 0549
 TAL    A-HLD       HOLDOVER, TEMPORARILY HOUSED   10-07-1992 1501 10-15-1992 0549
 4-W    RELEASE     RELEASED FROM IN-TRANSIT FACL  10-07-1992 1501 10-07-1992 1501
 4-W    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-07-1992 1455 10-07-1992 1501
 CAT    ADMIN REL   ADMINISTRATIVE RELEASE         10-07-1992 1455 10-07-1992 1455
 CAT    A-HLD       HOLDOVER, TEMPORARILY HOUSED   09-16-1992 1610 10-07-1992 1455
 CAT    ADM CHANGE  RELEASE FOR ADMISSION CHANGE   09-16-1992 1605 09-16-1992 1610
 CAT    A-PRE       PRE-SENTENCE ADMISSION         09-07-1992 1420 09-16-1992 1605
 TDG    PRE REMOVE  PRE SENT DETAINEE REMOVED      09-06-1992 0702 09-07-1992 1420
 TDG    A-PRE       PRE-SENTENCE ADMISSION         08-26-1992 1701 09-06-1992 0702
 TAL    PRE REMOVE  PRE SENT DETAINEE REMOVED      08-26-1992 1246 08-26-1992 1701
 TAL    A-PRE       PRE-SENTENCE ADMISSION         08-25-1992 1551 08-26-1992 1246
 3-P    RELEASE     RELEASED FROM IN-TRANSIT FACL  08-25-1992 1551 08-25-1992 1551




G0002       MORE PAGES TO FOLLOW . . .
```

```
   BOPOI            *         PUBLIC INFORMATION        *      04-28-2006
PAGE 002            *            INMATE DATA            *      15:34:12
                              AS OF 04-28-2006

REGNO..: 45559-004 NAME: IBARRA, MAXIMO HERRERA

                   RESP OF: MCA / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 229-868-7778   FAX: 229-868-7640
3-P    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-25-1992 1406 08-25-1992 1551
MIA    ADMIN REL   ADMINISTRATIVE RELEASE         08-25-1992 1406 08-25-1992 1406
MIA    A-PRE       PRE-SENTENCE ADMISSION         07-08-1992 2234 08-25-1992 1406
MIA    ADM CHANGE  RELEASE FOR ADMISSION CHANGE   07-08-1992 2233 07-08-1992 2234
MIA    A-HLD       HOLDOVER, TEMPORARILY HOUSED   07-08-1992 2002 07-08-1992 2233
MIA    PRE REMOVE  PRE SENT DETAINEE REMOVED      02-04-1992 2029 07-08-1992 2002
MIA    A-PRE       PRE-SENTENCE ADMISSION         02-04-1992 0212 02-04-1992 2029




G0002         MORE PAGES TO FOLLOW . . .
```

```
BOPOI              *        PUBLIC INFORMATION        *    04-28-2006
PAGE 003           *           INMATE DATA            *    15:34:12
                              AS OF 04-28-2006

REGNO..: 45559-004 NAME: IBARRA, MAXIMO HERRERA

                 RESP OF: MCA / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 229-868-7778    FAX: 229-868-7640
PRE-RELEASE PREPARATION DATE: 08-02-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 02-02-2009 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 92-109-CR-RYSKAMP(5)
JUDGE...........................: RYSKAMP
DATE SENTENCED/PROBATION IMPOSED: 09-11-1992
DATE COMMITTED..................: 10-27-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:     $100.00         $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 859
OFF/CHG: CONSPIRACY TO POSSESS AND POSSESSION WITH INTENT TO DISTRIBUTE
         MARIJUANA WHILE ONBOARD A VESSEL - T46USC1903(A),(G),(J) AND
         T18USC2.

SENTENCE PROCEDURE..............: 3559 SRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    235 MONTHS
TERM OF SUPERVISION.............:      5 YEARS
CLASS OF OFFENSE................: CLASS A FELONY
DATE OF OFFENSE.................: 01-13-1992




G0002          MORE PAGES TO FOLLOW . . .
```

```
   BOPOI              *          PUBLIC INFORMATION          *      04-28-2006
PAGE 004 OF 004 *                   INMATE DATA              *       15:34:12
                                 AS OF 04-28-2006
```

REGNO..: 45559-004 NAME: IBARRA, MAXIMO HERRERA

```
               RESP OF: MCA / DESIGNATED, AT ASSIGNED FACIL
               PHONE..: 229-868-7778    FAX: 229-868-7640
------------------------CURRENT COMPUTATION NO: 010 ------------------------
```

COMPUTATION 010 WAS LAST UPDATED ON 08-20-1997 AT BML AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 09-11-1992
TOTAL TERM IN EFFECT............:    235 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     19 YEARS        7 MONTHS
EARLIEST DATE OF OFFENSE........: 01-13-1992

JAIL CREDIT.....................:    FROM DATE       THRU DATE
                                     01-13-1992      09-10-1992

TOTAL PRIOR CREDIT TIME.........: 242
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 921
TOTAL GCT EARNED................: 756
STATUTORY RELEASE DATE PROJECTED: 02-02-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 08-12-2011


PROJECTED SATISFACTION DATE.....: 02-02-2009
PROJECTED SATISFACTION METHOD...: GCT REL
```

S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE