# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| AMERICAN HERITAGE SPANISH DICTION | PAPERBACK | | Law |
| AMERICAN HERITAGE SPANISH DICTION | HARDCOVER | | Law |
| BLACK'S LAW DICTIONARY | GARNER | | Law |
| CODE OF FEDERAL REGULATIONS | ALIENS AND NATIONALITY (CFR8) | | Law |
| CODE OF FEDERAL REGULATIONS | JUDICIAL ADMINISTRATION | | Law |
| CODE OF FEDERAL REGULATIONS | JUDICIAL ADMIN. 43-END (CFR 28) | | Law |
| CODE OF FEDERAL REGULATIONS | OCTOBER, 2003 | | Law |
| CODE OF FEDERAL REGULATIONS(REVIS | FEBRUARY 3, 2003 | | Law |
| COMPLETE MANUAL OF CRIMINAL FORM | Shipment Insert | Third Editions 2005 Rel | Law |
| Complete Manual of Criminal Forms | 2004 Update: Third Edition | | Law |
| COMPLETE MANUAL OF CRIMINAL FORM | VOL. 1,2,3 - BAILEY AND FISHERMAN | | Law |
| Criminal Law | | | Law |
| Criminal Law Defences | "Criminal Practice" Volume 2 | Criminal Practice | Law |
| CRIMINAL LAW DEFENSE | VOLUMES 1 & 2 - ROBINSON | | Law |
| Criminal Law defenses | Criminal Practice Series | 2005-2006 Pocket Part | Law |
| Criminal law defenses | Criminal Practice series | 2005-2006 Pocket part | Law |
| CRIMINAL LAW DEFENSES | 2003-2004 TABLES | | Law |
| Criminal Law Defenses | "Criminal Practice" Volume 1 | 2004-2005 Pocket | Law |
| CRIMINAL LAW DEFENSES | 2003 - 2004 | | Law |
| FEDERAL  PRACTICE & PROCEDURE | MAY, 2003 | | Law |
| FEDERAL COURT REPORTER | July 1, 2005 | 17 | Law |
| Federal Criminal Code and rules | 2005 Supplement (phamplet) | June 13, 2005 | Law |
| Federal Criminal Code and Rules | Pamphlet | 2004 Supplement | Law |
| Federal Criminal Code and Rules | | 2004 | Law |
| Federal Criminal Code and Rules | | 2004 | Law |

# CCA McRae - Library
# Law Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| Federal Criminal Code and Rules | Pamphlet | 2004 Supplement | Law |
| Federal Practice | | Sept 2004 | Law |
| FEDERAL PRACTICE & PROCEDURE | MARCH, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | MARCH, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | CRIMINAL CIVIL | | Law |
| FEDERAL PRACTICE & PROCEDURE | APRIL, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | MARCH, 2004 | | Law |
| FEDERAL PRACTICE & PROCEDURE | SOFT COVER - FEBRUARY ISSUE | | Law |
| FEDERAL PRACTICE & PROCEDURE | CRIMINAL & CIVIL, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | OCTOBER, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | SEPTEMBER, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | JULY, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | AUGUST, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | NOVEMBER, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | AUGUST, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURE | JANUARY, 2004 | | Law |
| FEDERAL PRACTICE & PROCEDURES | FEBRUARY, 2003 | | Law |
| FEDERAL PRACTICE & PROCEDURES | JULY 2, 2003 | | Law |
| Federal Practice and Procedure | | 3-2005 | Law |
| Federal Practice and Procedure | August, 2004 | | Law |
| Federal Practice and Procedure | | April, 2004 | Law |
| FEDERAL PRACTICE AND PROCEDURE | Supplemental Service July, 2005 | July, 2005 | Law |
| Federal Practice and Procedure | | May 2004 | Law |
| Federal Practice and Procedure | | May 2004 | Law |
| FEDERAL PRACTICE AND PROCEDURE | SEPTEMBER, 2003 | | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| FEDERAL PRACTICE AND PROCEDURE | SUPLEMENTAL SERVICE JANUARY, 2005 | | Law |
| Federal Practice and Procedure | December 2004 | | Law |
| Federal Practice and Procedure | August, 2004 | | Law |
| Federal Practice and Procedure | December 2004 | | Law |
| Federal Practice and Procedure | | July 2004 | Law |
| Federal Practice and Procedure | | July 2004 | Law |
| Federal Practice and Procedure | June, 2004 | | Law |
| Federal Practice and Procedure | june, 2004 | | Law |
| FEDERAL PRACTICE AND PROCEDURE | FEBRUARY, 2004 | | Law |
| FEDERAL PRACTICE AND PROCEDURE | FEBRUARY, 2004 | | Law |
| FEDERAL PRACTICE AND PROCEDURE | Cumulative Supplemental Service | June, 2005 | Law |
| FEDERAL PRACTICE AND PROCEDURES | SUPLEMENTAL SERVICE | FEBRUARY, 2005 | Law |
| Federal Practices and Procedure | | October 2004 | Law |
| Federal Practices and Procedure | | April 2005 | Law |
| Federal Practices and Procedure | | Oct 2004 | Law |
| Federal Practices and Procedure | | November 24, 2004 | Law |
| Federal Practices and Procedures | | April 2004 | Law |
| FEDERAL REPORTER | AUGUST 18, 2003 | | Law |
| FEDERAL REPORTER | MARCH 24, 2003 | | Law |
| FEDERAL REPORTER | MARCH 31, 2003 | | Law |
| FEDERAL REPORTER | APRIL 7, 2003 | | Law |
| FEDERAL REPORTER | APRIL 14, 20 | | Law |
| FEDERAL REPORTER | April 4, 2005 | 400 F. 3d No. 1  122 Fe | Law |
| FEDERAL REPORTER | OCTOBER 28, 2003 | | Law |
| FEDERAL REPORTER | MARCH 3, 2003 | | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| FEDERAL REPORTER | AUGUST 11, 2003 | | Law |
| FEDERAL REPORTER | AUGUST 18, 2003 - PAGES 1079-1383 | | Law |
| FEDERAL REPORTER | MAY 26, 2003 | | Law |
| FEDERAL REPORTER | JULY 7, 2003 | | Law |
| FEDERAL REPORTER | JUNE 30, 2003 | | Law |
| FEDERAL REPORTER | JUNE 23, 2003 | | Law |
| FEDERAL REPORTER | JUNE 23, 2003 | | Law |
| FEDERAL REPORTER | AUGUST 25, 2003 | | Law |
| FEDERAL REPORTER | JUNE 16, 2003 | | Law |
| FEDERAL REPORTER | JUNE 9, 2003 | | Law |
| FEDERAL REPORTER | JUNE 2, 2003 | | Law |
| FEDERAL REPORTER | MAY 26, 2003 | | Law |
| FEDERAL REPORTER | JULY 21, 2003 | | Law |
| FEDERAL REPORTER | MAY 19, 2003 | | Law |
| FEDERAL REPORTER | MAY 12, 2003 | | Law |
| FEDERAL REPORTER | AUGUST 11, 2003 | | Law |
| FEDERAL REPORTER | JULY 28, 2003 | | Law |
| FEDERAL REPORTER | MARCH 10, 2003 | | Law |
| FEDERAL REPORTER | MAY 5, 2003 | | Law |
| FEDERAL REPORTER | AUGUST 4, 2003 | | Law |
| FEDERAL REPORTER | AUGUST 4, 2003 | | Law |
| FEDERAL REPORTER | APRIL 28, 2003 | | Law |
| FEDERAL REPORTER | APRIL 21, 2003 | | Law |
| FEDERAL REPORTER | APRIL 14, 2003 | | Law |
| FEDERAL REPORTER | APRIL 7, 2003 | | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| FEDERAL REPORTER | JULY 14, 2003 | | Law |
| FEDERAL REPORTER | MARCH 31, 2003 | | Law |
| FEDERAL REPORTER | MAY 12, 2003 | | Law |
| FEDERAL REPORTER | MARCH 24, 2003 | | Law |
| FEDERAL REPORTER | MARCH 17, 2003 | | Law |
| FEDERAL REPORTER | JULY 28, 2003 | | Law |
| FEDERAL REPORTER  3RD SERIES | June20, 2005 | 25 | Law |
| FEDERAL REPORTER  3RD SERIES | DECEMBER 13, 2004 | 388,389,112,50 | Law |
| Federal Reporter [Third Series] | West Group | February 20, 2006 | Law |
| FEDERAL REPORTER 2D SERIES | November 28, 2005 | 48 | Law |
| FEDERAL REPORTER 3d | July 25, 2005 | 30 | Law |
| FEDERAL REPORTER 3D SERIES | July 4, 2005 | 27A | Law |
| FEDERAL REPORTER 3D SERIES | August 1, 2005 | 31 A | Law |
| Federal Reporter 3d Series | June 6, 2005 | 406F.3d.No. 2 | Law |
| FEDERAL REPORTER 3D SERIES | November 21, 2005 | 47A | Law |
| FEDERAL REPORTER 3D SERIES | October 3, 2005 | 40A | Law |
| Federal Reporter 3d series | June 6, 2005 | 127 Fed. Appx.No.2 | Law |
| FEDERAL REPORTER 3D SERIES | October 10, 2005 | 41 | Law |
| FEDERAL REPORTER 3d SERIES | June 13, 2005 | 407 F.3d No. 2  128 Fed | Law |
| FEDERAL REPORTER 3D SERIES | December 5, 2005 | 49A | Law |
| FEDERAL REPORTER 3D SERIES | October 31, 2005 | 44A | Law |
| FEDERAL REPORTER 3D Series | July 25, 2005 | 30A | Law |
| FEDERAL REPORTER 3D SERIES | July 11, 2005 | 28 | Law |
| FEDERAL REPORTER 3D SERIES | November 14, 2005 | 46 | Law |
| FEDERAL REPORTER 3D SERIES | November 28, 2005 | 48 | Law |

# CCA McRae - Library
# Law Inventory Listing

| Title | Author | | Dewey Decimal # | Category |
|---|---|---|---|---|
| FEDERAL REPORTER 3D SERIES | November 21, 2005 | | 47 | Law |
| Federal Reporter 3D Series | February 27, 2006 | | 9A | Law |
| FEDERAL REPORTER 3D SERIES | July 18, 2005 | | 29 | Law |
| FEDERAL REPORTER 3D SERIES | August 29, 2005 | | 35A | Law |
| FEDERAL REPORTER 3D SERIES | June 20, 2005 | | 128 Fed.Appx. No.3 | Law |
| FEDERAL REPORTER 3D SERIES | October 24, 2005 | | 43 A | Law |
| FEDERAL REPORTER 3D SERIES | August 22, 2005 | | 34A | Law |
| FEDERAL REPORTER 3D SERIES | August 29, 2005 | | 35 | Law |
| Federal Reporter 3D Series | February 20, 2006 | | 8 | Law |
| Federal reporter 3D Series | February 27, 2006 | | 9 | Law |
| FEDERAL REPORTER 3D SERIES | October 3, 2005 | | 40 | Law |
| FEDERAL REPORTER 3D SERIES | December 26, 2006 | | 52 | Law |
| FEDERAL REPORTER 3D SERIES | August 8, 2005 | | 32A | Law |
| FEDERAL REPORTER 3D SERIES | August 22, 2005 | | 34 | Law |
| FEDERAL REPORTER 3D SERIES | September 19, 2005 | | 38 | Law |
| FEDERAL REPORTER 3D SERIES | Decemeber 19, 2005 | | 51 | Law |
| FEDERAL REPORTER 3D SERIES | August 15, 2005 | | 33A | Law |
| FEDERAL REPORTER 3D SERIES | January 2, 2006 | | 1A | Law |
| FEDERAL REPORTER 3D SERIES | August 1, 2005 | | 31 | Law |
| FEDERAL REPORTER 3D SERIES | August 8, 2005 | | 32 | Law |
| FEDERAL REPORTER 3D SERIES | December 19, 2005 | | 51A | Law |
| FEDERAL REPORTER 3D SERIES | December 26, 2005 | | 52A | Law |
| FEDERAL REPORTER 3D SERIES | September 19, 2005 | | 38A | Law |
| FEDERAL REPORTER 3RD SERIES | SePTEMBER 12, 2005 | | 37 | Law |
| FEDERAL REPORTER 3rd Series | 404 F3d No. 2 | 126 Fed Appx No. 1 | May16, 2005 | Law |

# CCA McRae - Library
# Law Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| FEDERAL REPORTER 3RD SERIES | July 4, 2005 | 27 | Law |
| FEDERAL REPORTER 3RD SERIES | July 4, 2005 | 26A | Law |
| FEDERAL REPORTER 3RD SERIES | SEPTEMBER 5, 2005 | 36 | Law |
| FEDERAL REPORTER 3RD. SERIES | June 27, 2005 | 26 | Law |
| FEDERAL REPORTER SUPPLEMENT 2D SE | October 10, 2005 | 41 | Law |
| FEDERAL REPORTER THIRD SERIES | SEPTEMBER 5, 2005 | 36A | Law |
| FEDERAL REPORTER THIRD SERIES | SEPTEMBER 26, 2005 | 39 | Law |
| FEDERAL REPORTER THIRD SERIES | SePTEMBER 26, 2005 | 39A | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 8, 2003 | 70 | Law |
| FEDERAL REPORTER, 3RD SERIES | FEBRUARY 16, 2004 | | Law |
| FEDERAL REPORTER, 3RD SERIES | DECEMBER 15, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | FEBRUARY 23, 2004 | | Law |
| FEDERAL REPORTER, 3RD SERIES | FEBRUARY 16, 2004 | | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 1, 2003 | 69 | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 15, 2003 | 339,340,70,71 | Law |
| FEDERAL REPORTER, 3RD SERIES | MARCH 10, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | FEBRUARY 24, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 1, 2003 | 69 | Law |
| FEDERAL REPORTER, 3RD SERIES | FEBRUARY 17, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | DECEMBER 8, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 29, 2003 | 341-342 | Law |
| FEDERAL REPORTER, 3RD SERIES | JANUARY 27, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | FEBRUARY 24, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 22, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 22, 2003 | | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| FEDERAL REPORTER, 3RD SERIES | VOL.1,2,3,25,26,31-A,32,33A,34, 34A | | Law |
| FEDERAL REPORTER, 3RD SERIES | NOVEMBER 3, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 1, 2003 | 337, 338 | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 8, 2003 | 70 | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 8, 2003 | 338, 339 | Law |
| FEDERAL REPORTER, 3RD SERIES | NOVEMBER 24, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | DECEMBER 15, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | DECEMBER 8, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | FEBRUARY 17, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 1, 2003 | 337 , 338 | Law |
| FEDERAL REPORTER, 3RD SERIES | NOVEMBER 17, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | SEPTEMBER 29, 2003 | 71 - 72 | Law |
| FEDERAL REPORTER, 3RD SERIES | OCTOBER 6, 2003 | 72 AND 73 | Law |
| FEDERAL REPORTER, 3RD SERIES | NOVEMBER 10, 2003 | | Law |
| FEDERAL REPORTER, 3RD SERIES | OCTOBER 20, 2003 | | Law |
| Federal Reporter: Third Series | | May 31, 2004 | Law |
| Federal Reporter: Third Series | Nov 8, 2004 | | Law |
| FEDERAL REPORTERS 3RD SERIES | JANUARY 17,2005 | 391 F.3D No. 3 | Law |
| FEDERAL SENTENCING GUIDELINES | NOVEMBER, 2003 | | Law |
| FEDERAL SENTENCING GUIDELINES | | | Law |
| Federal Sentencing Guidelines Handbook | November 2004 | | Law |
| FEDERAL SUPPLEMENT | JULY 21, 2003 | | Law |
| FEDERAL SUPPLEMENT | JULY 21, 2003 | | Law |
| FEDERAL SUPPLEMENT | JULY 28, 2003 | | Law |
| FEDERAL SUPPLEMENT | JULY 14, 2003 | | Law |

# CCA McRae - Library
## Law Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| FEDERAL SUPPLEMENT | AUGUST 18, 2003 | | Law |
| FEDERAL SUPPLEMENT | JULY 28, 2003 | | Law |
| FEDERAL SUPPLEMENT | SEPTEMBER 15, 2003 | | Law |
| FEDERAL SUPPLEMENT | JUNE 30, 2003 | | Law |
| FEDERAL SUPPLEMENT | JULY 7, 2003 | | Law |
| FEDERAL SUPPLEMENT | AUGUST 4, 2003 | | Law |
| FEDERAL SUPPLEMENT | NOVEMBER 10, 2003 | | Law |
| FEDERAL SUPPLEMENT | AUGUST 11, 2003 | | Law |
| FEDERAL SUPPLEMENT | MARCH 31,2003 | | Law |
| FEDERAL SUPPLEMENT | April 18, 2005 | 358 F. Supp.2d No.1 | Law |
| Federal Supplement | 362 Fsupp 2d No.1 | May 16, 2005 | Law |
| FEDERAL SUPPLEMENT | MARCH 17, 2003 | | Law |
| FEDERAL SUPPLEMENT | MARCH 24, 2003 | | Law |
| FEDERAL SUPPLEMENT | MARCH 31, 2003 | | Law |
| FEDERAL SUPPLEMENT | JUNE 16, 2003 | | Law |
| FEDERAL SUPPLEMENT | MARCH 24, 2003 | | Law |
| FEDERAL SUPPLEMENT | APRIL 7, 2003 | | Law |
| FEDERAL SUPPLEMENT | APRIL 7, 2003 | | Law |
| FEDERAL SUPPLEMENT | APRIL 14, 2003 | | Law |
| FEDERAL SUPPLEMENT | APRIL 28, 2003 | | Law |
| FEDERAL SUPPLEMENT | MAY 5, 2003 | | Law |
| FEDERAL SUPPLEMENT | MAY 12, 2003 | | Law |
| FEDERAL SUPPLEMENT | MAY 19, 2003 | | Law |
| FEDERAL SUPPLEMENT | JUNE 9, 2003 | | Law |
| FEDERAL SUPPLEMENT | JUNE 16, 2003 | | Law |

# CCA McRae - Library
## Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| FEDERAL SUPPLEMENT | JUNE 2, 2003 | | Law |
| FEDERAL SUPPLEMENT | JUNE 23, 2003 | | Law |
| FEDERAL SUPPLEMENT | MAY 19, 2003 | | Law |
| FEDERAL SUPPLEMENT | MAY 26, 2003 | | Law |
| FEDERAL SUPPLEMENT | MARCH 10, 2003 | | Law |
| Federal Supplement (2nd. Series | May 9, 2005 | 361 F. Supp.2d No. 1 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | December 5, 2005 | 49 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | July 4, 2005 | 27 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | September 5, 2005 | 36 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | November 14, 2005 | 46A | Law |
| FEDERAL SUPPLEMENT 2D SERIES | December 26, 2005 | 52 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | December 19, 2005 | 51 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | August 22, 2005 | 34 | Law |
| FEDERAL SUPPLEMENT 2D Series | June 20, 2005 | 368 F.Supp.2d No.1 | Law |
| FEDERAL SUPPLEMENT 2d Series | 365 F.Supp. 2d No.1 | May 30, 2005 | Law |
| Federal Supplement 2d series | June 6, 2005 | 366 F.Supp.2dNo.1 | Law |
| FEDERAL SUPPLEMENT 2D Series | July 25, 2005 | 372 F.Supp. 2d No.2 (30 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | June 13, 2005 | 367 F. Supp. 2d No. 1 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | August 8, 2005 | 32 | Law |
| Federal Supplement 2D Series | February 27, 2006 | 9 | Law |
| Federal Supplement 2D Series | February 20, 2006 | 8 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | August 1, 2005 | 31 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | July 11, 2005 | 28 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | January 2, 2006 | 1 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | November 21, 2005 | 47 | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| FEDERAL SUPPLEMENT 2D SERIES | October 3, 2005 | 40 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | June 13, 2005 | | Law |
| FEDERAL SUPPLEMENT 2d Series | May 30, 2005 | 364 F. Supp.2d No.1 | Law |
| FEDERAL SUPPLEMENT 2D SERIES | July 18, 2005 | 29 | Law |
| FEDERAL SUPPLEMENT 2ND SERIES | June 27, 2005 | 26 | Law |
| FEDERAL SUPPLEMENT 2ND SERIES | JANUARY 10, 2005 | 344 No. 2 | Law |
| FEDERAL SUPPLEMENT 2ND SERIES | August 29, 2005 | 35 | Law |
| FEDERAL SUPPLEMENT 2ND SERIES | December 13, 2004 | 341 F.Supp.2d No. 1   5 | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | FEBRUARY 24, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | SEPTEMBER 29, 2003 | 271-PAGES 1-1384 | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | FEBRUARY 17, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | FEBRUARY 10, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | JANUARY 27, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | OCTOBER 13, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | SEPTEMBER 22, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | NOVEMBER 3, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | SEPTEMBER 8, 2003 | 268 | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | OCTOBER 27, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | SEPTEMBER 1, 2003 | 267 | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | VOLS. 1,2,3,31,34,35,36,37,38,39,40, ETC | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | JANUARY 5, 2004 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | OCTOBER 20, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | DECEMBER 15, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | DECEMBER 8, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | DECEMBER 22, 2003 | | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|-------|--------|-----------------|----------|
| FEDERAL SUPPLEMENT, 2ND SERIES | NOVEMBER 17, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | Sept 2003 | 268 | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | NOVEMBER 10, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND SERIES | NOVEMBER 3, 2003 | | Law |
| FEDERAL SUPPLEMENT, 2ND, SERIES | SEPTEMBER 1, 2003 | 267 | Law |
| Federl Criminal code and rules | 2005 Supplement  (phamplet) | June 13, 2005 | Law |
| Georgia Law of Torts | Adams, Charles | 2004 Edition | Law |
| Georgia Law of Torts (Forms) | Hertz, Eric James | 2002 Edition | Law |
| HANDBOOK FOR WRITER'S IN PRISON | | | Law |
| IMMIGRATION LAW AND CRIMES | REL #2 | | Law |
| IMMIGRATION LAW AND CRIMES | NATIONAL LAWYERS GUILD | | Law |
| Immigration Procedure Handbook | | Vol2 | Law |
| Immigration Procedure Handbook | Volume 1 | | Law |
| IMMIGRATION PROCEDURES | VOLS. 1 & 2 | | Law |
| Immigration Procedures Handbook : Supplement | Fragomen, Rey, Bell | | Law |
| INMIGRATION LAW AND CRIMES | June 2005 | | Law |
| INMIGRATION LAW AND CRIMES (RELEA | December 2005 | Release #7 | Law |
| Inmigration Procedures Handbook | Supplement to 2005 Edition | | Law |
| JURISDICTION & RELATED MATTERS | JUNE, 2003 | | Law |
| LAW OF SENTENCING CORRECTIONS AN | PRISONER'S RIGHTS ISBN# 0-314-26468-X | | Law |
| LEGAL RESEARCH, 7TH EDITION | COHEN & OLSON | | Law |
| LEGAL RESEARCH, WEST NUTSHELL SERI | 8TH EDITION | | Law |
| LEGAL WRITING IN A NUTSHELL | JULY 28, 2003 | | Law |
| LEGAL WRITING, 2ND EDITION | SQUIRES, ROMBAUER, & KENNEDY | | Law |
| NATIONAL DIRECTORY OF LAW ENFORC | 2003 | | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| PRISONER'S ASSISTANCE DIRECTORY | | | Law |
| PRISONER'S SELF-HELP LIGITATION MAN | | | Law |
| RIGHTS OF PRISIONERS 3D EDITION | 2006 Supplement | Volume 2 Chapters 8-14 | Law |
| RIGHTS OF PRISIONERS 3D EDITION | 2006 SUPPLEMENT | Volume 1 Chapters 1-7 | Law |
| RIGHTS OF PRISIONERS 3D EDITION | 2006 Supplement | Volume 3 Chapter 15 In | Law |
| RIGHTS OF PRISONERS (VOLUME 2) | CHAPTERS 8-14 | | Law |
| RIGHTS OF PRISONERS (VOLUME 3) | CHAPTER 15-INDEX | | Law |
| Rights of Prisoners(3) | Mushlin, Michael | 2005 Supplement | Law |
| RIGHTS OF PRISONERS, (VOLUME 1) | CHAPTERS 1-7 | | Law |
| RIGHTS OF PRISONERS, 3RD EDITION | VOLS. 1 & 2 | | Law |
| STARTING A WORKSHOP IN PRISON | 2003 | | Law |
| SUPEME COURT REPORTER | June 15, 2005 | 16 | Law |
| SUPREME COURT  REPORTER | JANUARY 15, 2003 | | Law |
| SUPREME COURT REPORTER | JULY 15, 2003 | | Law |
| SUPREME COURT REPORTER | MARCH 1, 2003 | | Law |
| SUPREME COURT REPORTER | NOVEMBER 15, 2003 | | Law |
| SUPREME COURT REPORTER | FEB. 15, 2003 | | Law |
| SUPREME COURT REPORTER | JULY 15, 2003 | | Law |
| SUPREME COURT REPORTER | APRIL 15, 2003 | | Law |
| SUPREME COURT REPORTER | JANUARY 15, 2004 | | Law |
| SUPREME COURT REPORTER | MAY 15, 2003 | | Law |
| SUPREME COURT REPORTER | JANUARY 15, 2004 | | Law |
| SUPREME COURT REPORTER | JANUARY 1, 2004 | | Law |
| SUPREME COURT REPORTER | MAY 15, 2003 | | Law |
| SUPREME COURT REPORTER | NOVEMBER 15, 2003 | | Law |

# CCA McRae - Library
## Law Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| SUPREME COURT REPORTER | NOVEMEBR 1, 2003 | | Law |
| SUPREME COURT REPORTER | April 15, 2005 | 125 S.Ct. No. 12 | Law |
| SUPREME COURT REPORTER | March 15, 2005 125 S.Ct.No. 10 Pages 1118-12 | October 2004 term | Law |
| SUPREME COURT REPORTER | APRIL 1, 2003 | | Law |
| SUPREME COURT REPORTER | JUNE 15, 2003 | | Law |
| SUPREME COURT REPORTER | JUNE 15, 2003 | | Law |
| SUPREME COURT REPORTER | JULY 1, 2003 | | Law |
| SUPREME COURT REPORTER | FEBRUARY 15, 2003 | | Law |
| SUPREME COURT REPORTER | JULY 1, 2003 | | Law |
| SUPREME COURT REPORTER | APRIL 1, 2003 | | Law |
| SUPREME COURT REPORTER | JULY 15, 2003 | | Law |
| SUPREME COURT REPORTER | JUNE 1, 2003 | | Law |
| SUPREME COURT REPORTER | APRIL 15, 2003 | | Law |
| SUPREME COURT REPORTER | APRIL 15, 2003 | | Law |
| SUPREME COURT REPORTER | COLS. 1-10, 11-18A (18 SOFT COVER BOOK | | Law |
| SUPREME COURT REPORTER | JULY 15, 2003 | | Law |
| SUPREME COURT REPORTER | FEBRUARY 1, 2003 | | Law |
| SUPREME COURT REPORTER | JUNE 1, 2003 | | Law |
| SUPREME COURT REPORTER | APRIL 1, 2003 | | Law |
| SUPREME COURT REPORTER | July 1, 2005  (125S.Ct. No. 17) | 17 | Law |
| SUPREME COURT REPORTER | December 1, 2005 | October 2005 Term | Law |
| SUPREME COURT REPORTER | November 15, 2005 | October 2005 Term | Law |
| SUPREME COURT REPORTER | November 1, 2005 | 1 | Law |
| SUPREME COURT REPORTER | August 1, 2005 | 18A | Law |
| SUPREME COURT REPORTER | August 1, 2005 | 125 S.Ct. No. 18A | Law |

# CCA McRae - Library
## Law Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| SUPREME COURT REPORTER | January 1, 2006 | 5 | Law |
| SUPREME COURT REPORTER | July 15, 2005 | 18 | Law |
| SUPREME COURT REPORTER | July 15, 2005 | 18 | Law |
| SUPREME COURT REPORTER | June 15, 2005  125S.Ct.No.16 | 16 | Law |
| Supreme Court reporter | June 1, 2005 | 125 S.Ct. No. 15 | Law |
| Supreme court reporter | May 15, 2005 | 125 S.Ct. No.14 | Law |
| SUPREME COURT REPORTER | NOVEMBER 1,2002 | | Law |
| SUPREME COURT REPORTER | NOVEMBER 15, 2002 | | Law |
| SUPREME COURT REPORTER | JANUARY 1, 2003 | | Law |
| SUPREME COURT REPORTER | DECEMBER 15, 2002 | | Law |
| SUPREME COURT REPORTER | DECEMBER 1, 2002 | | Law |
| Supreme Court Reporter  (October 2004 term) | | 125 S. Ct. No. 7  (Pages | Law |
| TENNESSEE CODE ANNOTATED | 2003 ADVANCE CODE,2003 | | Law |
| West Federal Reporter: Third Series | | May 10, 2004 | Law |
| West Federal Reporter: Third series | | May 24, 2004 | Law |
| West Law Federal Reporter, 3rd Edition | 13A | 3-28-05 | Law |
| West Law Federal Reporter, 3rd Edition | | 1-31-05 | Law |
| West Law Federal Reporter, 3rd Edition | 13 | 3-28-05 | Law |
| West Law Federal Reporter, 3rd Edition | | 2-7-05 | Law |
| West Law Federal Reporter, 3rd Edition | | 1-24-05 | Law |
| West Law Federal Reporter, 3rd Edition | | 1-31-05 | Law |
| West Law Federal Supplement, 2nd Edition | | 2-7-05 | Law |
| West Law Federal Supplement, 2nd Edition | | 5-2-05 | Law |
| West Law Federal Supplement, 2nd Edition | | 1-31-05 | Law |
| West Law Supreme Court Reporter | | 1-31-05 | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| West Supreme Court | Dec 15, 2004 | | Law |
| WEST SUPREME COURT REPORTER | MARCH 1, 2003 | | Law |
| WEST SUPREME COURT REPORTER | MAY 1, 2003 | | Law |
| West's Federal Supplement: Second Series | | April 19, 2004 | Law |
| West's Federal Pactice and Procedures: Second S | | December 6, 2004 | Law |
| West's Federal Reporter | January 3, 2005 | | Law |
| West's Federal Reporter | | August 16, 2004 | Law |
| West's Federal Reporter | November 1, 2004 | | Law |
| West's Federal Reporter | | May 24, 2004 | Law |
| West's Federal Reporter | | August 30, 2004 | Law |
| West's Federal Reporter | | August 23, 2004 | Law |
| West's Federal Reporter | Third Series, June 21, 2004 | | Law |
| West's Federal Reporter | | Sept 6, 2004 | Law |
| West's Federal Reporter | | November 15, 2004 | Law |
| West's Federal Reporter | | March 15, 2004 | Law |
| West's Federal Reporter | | July 26, 2004 | Law |
| West's Federal Reporter | | June 14, 2004 | Law |
| West's Federal Reporter | | September 13, 2004 | Law |
| West's Federal Reporter | | August 23, 2004 | Law |
| West's Federal Reporter | Third Series, July 12, 2004 | | Law |
| West's Federal Reporter | Third Series, June 28, 2004 | | Law |
| West's Federal Reporter | | May 10, 2004 | Law |
| West's Federal Reporter | Third Series,  August 9, 2004 | | Law |
| West's Federal Reporter : Third Series | | July 26, 2004 | Law |
| West's Federal Reporter : Third Series | | July 5, 2004 | Law |

# CCA McRae - Library
# Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| West's Federal Reporter : Third Series | August 2, 2004 | | Law |
| West's Federal Reporter : Third Series | | July 26, 2004 | Law |
| West's Federal Reporter, 3rd Series | | Dec. 6, 2004 | Law |
| West's Federal Reporter, Third Series | | July 19, 2004 | Law |
| West's Federal Reporter: 3rd | January 10, 2005 | | Law |
| West's Federal Reporter: 3rd Series | August 30, 2004 | | Law |
| West's Federal Reporter: Second series | | 3-14-05 | Law |
| West's Federal Reporter: Second Series | | September 20, 2004 | Law |
| West's Federal Reporter: Second series | | 3-7-05 | Law |
| West's Federal Reporter: Third Series | January 10, 2005 | | Law |
| West's Federal Reporter: Third Series | | August 9, 2004 | Law |
| West's Federal Reporter: Third Series | | March 14, 2005 | Law |
| West's Federal Reporter: Third Series | | September 27, 2004 | Law |
| West's Federal Reporter: Third Series | | 4-18-05 | Law |
| West's Federal Reporter: Third series | | May 3, 2004 | Law |
| West's Federal Reporter: Third Series | | March 29, 2004 | Law |
| West's Federal Reporter: Third series | | 3-14-05 | Law |
| West's Federal Reporter: Third series | | March 29, 2004 | Law |
| West's Federal Reporter: Third Series | | August 9, 2004 | Law |
| West's Federal Reporter: Third Series | | March 22, 2004 | Law |
| West's Federal Reporter: Third Series | | 4-25-05 | Law |
| West's Federal Reporter: Third series | | 3-7-05 | Law |
| West's Federal Reporter: Third Series | | 5-2-05 | Law |
| West's Federal Reporter: Third Series | | June 21, 2004 | Law |
| West's Federal Reporter: Third Series | | November 29, 2004 | Law |

# CCA McRae - Library
## Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| West's Federal Reporter: Third Series | | October 4, 2004 | Law |
| West's Federal Reporter: Third Series | | October 4, 2004 | Law |
| West's Federal Reporter: Third Series | | October 11, 2004 | Law |
| West's Federal Reporter: Third Series | | 4-18-05 | Law |
| West's Federal Reporter: Third Series | | 2-07-05 | Law |
| West's Federal Reporter: Third Series | | June 28, 2004 | Law |
| West's Federal Reporter: Third Series | | June 14, 2004 | Law |
| West's Federal Reporter: Third Series | | June 7, 2004 | Law |
| West's Federal Reporter: Third Series | | June 7, 2004 | Law |
| West's Federal Reporter: Third Series | | May 31, 2004 | Law |
| West's Federal Reporter: Third Series | | May 17, 2004 | Law |
| West's Federal Reporter: Third Series | | April 5, 2004 | Law |
| West's Federal Reporter: Third Series | | 1-24-05 | Law |
| West's Federal Reporter: Third Series | | June 28, 2004 | Law |
| West's Federal Reporter: Third Series | | 2-14-05 | Law |
| West's Federal Reporter: Third Series | | September 20, 2004 | Law |
| West's Federal Reporter: Third Series | | 2-14-05 | Law |
| West's Federal Reporter: Third Series | | April 26, 2004 | Law |
| West's Federal Reporter: Third Series | | April 19, 2004 | Law |
| West's Federal Reporter: Third series | | 2-28-05 | Law |
| West's Federal Reporter: Third Series | | April 12, 2004 | Law |
| West's Federal Supplement | 2nd series | 4-25-05 | Law |
| West's Federal Supplement | 2nd series, July 5, 2004 | | Law |
| West's Federal Supplement | | Sept 13, 2004 | Law |
| West's Federal Supplement | | Sept 6, 2004 | Law |

# CCA McRae - Library
## Law Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| West's Federal Supplement | 2nd Series | April 12, 2004 | Law |
| West's Federal Supplement | | May 24, 2004 | Law |
| West's Federal Supplement | | Sept 6, 2004 | Law |
| West's Federal Supplement | Second Series,  August 2, 2004 | | Law |
| West's Federal Supplement | Second Series | Nov 1, 2004 | Law |
| West's Federal Supplement | November 1, 2004 | | Law |
| West's Federal Supplement | | September 27, 2004 | Law |
| West's Federal Supplement | November 15, 2004 | | Law |
| West's Federal Supplement | Second Series, June 21, 2004 | | Law |
| West's Federal Supplement | 2nd Series | May 10, 2004 | Law |
| West's Federal Supplement : 2nd Series | | October 25, 2004 | Law |
| West's Federal Supplement : Second Series | | July 26, 2004 | Law |
| West's Federal Supplement : Second Series | | July 26, 2004 | Law |
| West's Federal Supplement, Second Series | July 12, 2004 | | Law |
| West's Federal Supplement: 2nd Series | | March 22, 2004 | Law |
| West's Federal Supplement: 2nd Series | | March 7, 2005 | Law |
| West's Federal Supplement: 2nd Series | | 3-28-05 | Law |
| West's Federal Supplement: 2nd Series | | May 17, 2004 | Law |
| West's Federal Supplement: 2nd Series | | | Law |
| West's Federal Supplement: 2nd Series | | May 3, 2004 | Law |
| West's Federal Supplement: 2nd Series | | June 14, 2004 | Law |
| West's Federal Supplement: Second Series | | April 5, 2004 | Law |
| West's Federal Supplement: Second Series | | August 30, 2004 | Law |
| West's Federal Supplement: Second Series | | August 23, 2004 | Law |
| West's Federal Supplement: Second Series | | November 22, 2004 | Law |

# CCA McRae - Library
## Law  Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| West's Federal Supplement: Second Series | | March 29, 2004 | Law |
| West's Federal Supplement: Second Series | | October 11, 2004 | Law |
| West's Federal Supplement: Second Series | | July 26, 2004 | Law |
| West's Federal Supplement: Second Series | | August 9, 2004 | Law |
| West's Federal Supplement: Second Series | | August 2, 2004 | Law |
| West's Federal Supplement: Second Series | | Jan 24, 2005 | Law |
| West's Federal Supplement: Second Series | | June 28, 2004 | Law |
| West's Federal Supplement: Second Series | | June 7, 2004 | Law |
| West's Federal Supplement: Second Series | | May 31, 2004 | Law |
| West's Federal Supplement: Second Series | | October 4, 2004 | Law |
| West's Federal Supplement:Second Series | | November 8, 2004 | Law |
| West's Supreme Court Reporter | | December 1, 2004 | Law |
| West's Supreme Court Reporter | | June 15, 2004 | Law |
| West's Supreme Court Reporter | | 55-1-05 | Law |
| West's Supreme Court Reporter | Nov 1, 2004 | | Law |
| West's Supreme Court Reporter | | July 15, 2004 | Law |
| West's Supreme Court Reporter | | Nov. 15, 2004 | Law |
| West's Supreme Court Reporter | | August 1, 2004 | Law |
| West's Supreme Court Reporter | | May 1, 2004 | Law |
| West's Supreme Court Reporter | Jan 1, 2005 | | Law |
| West's Supreme Court Reporter | January 15, 2005 | | Law |
| West's Supreme Court Reporter | August 1, 2004 | | Law |
| West's Supreme Court Reporter | | May 1, 2003 | Law |
| West's Supreme Court Reporter | July 15, 2004 | | Law |
| West's Supreme Court Reporter | | November 15, 2004 | Law |

# CCA McRae - Library
## Law Inventory Listing

| Title | Author | Dewey Decimal # | Category |
|---|---|---|---|
| West's Supreme Court Reporter | June 1, 2004 | | Law |
| West's Supreme Court Reporter | | April 15, 2004 | Law |
| West's Supreme Court Reporter | | May 15, 2004 | Law |
| West's Supreme Court Reporter | | 4-15-05 | Law |
| West's Supreme Court Reporter | | May 1, 2004 | Law |
| West's Supreme Court Reporter | | March 15, 2005 | Law |
| West's Supreme Court Reporter | | April 15, 2004 | Law |
| West's Supreme Court Reporter | | April 1, 2004 | Law |
| West's Supreme Court Reporter | | July 1, 2004 | Law |
| West's Supreme Court Reporter | | April 1, 2004 | Law |
| West's Supreme Court Reporter | | 4-01-05 | Law |
| West's Supreme Court Reporter | | April 15, 2005 | Law |
| West's Supreme Court Reporter | | 2-15-05 | Law |
| West's Supremem Court Reporter | | June 15, 2004 | Law |

**Total     Law     Books          514**