UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXIMO IBARRA, on behalf of himself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, individually, and as Attorney General of the United States, )<br>)<br>)<br>)<br>HARLEY LAPPIN, individually, and as Director of the Bureau of Prisons, )<br>)<br>)<br>)<br>HARRELL WATTS, individually, and as Inmate Appeal Administrator of the Bureau of Prisons, )<br>)<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 05-1520 (JR) |

**DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Defendants hereby file their Motion for Summary Judgment. Defendants' Undisputed Material Facts and Memorandum of Law in support of their Motion for Summary Judgment have been electronically filed separately at the Court's docket entry number 11 in conjunction with Defendants' Motion to Dismiss.

Dated: June 5, 2006                    Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS

1

D.C. Bar # 434122
Assistant United States Attorney


 /s/
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139

2