# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MAXIMO IBARRA, on behalf of himself and all others similarly situated,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No.: 05-1520-(JR)** |
| **v.** | ) ) | |
| **ALBERTO GONZALES, *et al.*,** | ) ) | |
| **Defendants.** | ) ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John Henault as counsel for Defendant in the above-captioned case and kindly remove the appearance of Assistant United States Attorney Heather Phillips as counsel for Defendants in this action.

Respectfully submitted,

_/s/_
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_/s/_
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 27, 2006, I caused to be served, by United States first-class mail, prepaid, copies of the foregoing Notice of Appearance on *pro se* plaintiff addressed as follows:

Maximo Ibarra
Reg. No. 45559-004
McCrae Correctional Facility
1000 A Jim Hammock Drive
McRae, GA 31055


                 /s/
                JOHN HENAULT, D.C. BAR # 472590
                Assistant United States Attorney