UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAXIMA HERRERA IBARRA,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 05-1520 (JR) |
| **ALBERTO GONZALEZ, et al.,** | ) ) ) |
| **Defendants.** | ) |

## ORDER

Defendants have filed a motion to dismiss or, in the alternative, for summary judgment. Plaintiff is proceeding *pro se*. The Court advised plaintiff that if he did not to respond to this motion by July 17, 2006, the Court could assume that the motion is conceded, grant the motion, and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). As of this date, plaintiff has not filed a response to defendants' motion. Accordingly, it is

**ORDERED** that defendants' motion to dismiss or, in the alternative, for summary judgment [11, 12] is **GRANTED**.

This case is **DISMISSED**.


JAMES ROBERTSON
United States District Judge